UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Joshua Warren Westberry
V.          Pro Se          1 of 5
Fletcher
B.J ~~Fletcher~~ - Sheriff
Brad Morin - Judge 71st District
Amy Ware - Mayor "Marshall TX.
Gregg Abbot - Govenor of Texas

I. This is a civil action authorized by 42 U.S. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory releif pursuant to 28 U.S.C. Section 2201 and 2202.

The Eastern District of Texas is an appropriate venue under 28 U.S.C. Section 1391 (b)(2). Because it is where the events giving rise to this claim occured.

II. Plaintiff, Joshua Warren Westberry, is and was at all times mentioned herein a prisoner of the State of Texas in the custody of the Harrison County Jail in Marshall, Texas. He is currently confined in Harrison County Jail, in Marshall Texas.

III Defendant B.J. ~~Fletcher~~ Fletcher sheriff of Harrison County. He is legally responsible for the overall operation of the Jail (H.C

2 of 5

Defendent Brad Morin  Judge of the 71st District Court of Harrison County, Marshall, TX. Is responsable for giving verdicts and sentencing for all felony cases in the 71st District.

Defendent Amy Ware Mayor of the city of Marshall, Texas. Is responsible for whatever arise that needs to be handled in her elected capacity

Defendent Gegg Abbot Govenor of the great State of Texas. Is responsible for any and all legal things that come in his official elected capacity and addressing any and all legal letters received at the Govenor's office

ALL defendents held offices stated Above At relevants times pertaining to this suit. Defendents "Persons" for purposes of 42 U.S.C. Section 1983 and acted under color of law to deprive plaintiff of his constitutional rights, as set forth more fully below. Each defendent is sued individually and in his/her) official capacity.

III.   1. AFter being arrested on 11/29/2016 I was sent to a mental hospital "Vernon State Hospital" on 10/11/2018 to be evaluated for incompetancy after 6 months at State Hospital I was found to be incompetan and was taken back to Harrison County Jail on or about 4/10/2019.

2. On 10/20/2019 (or about) I was placed on probation although I had been found incompetant, I didn

3 of 5

Know what I actually plead to or even signed My public defender took advantage of my disability of being mentally retarted as did DA office and 71st District Court. They assessed probation at 6yrs.

3. I was revocked on or about 5/26/2020 for reasons that I've never fully understood, I missed 1 class in 7 months because I was called in to work and got my probation revocked.

4. I was sent to another state hospital on 8/11/2022 Conroe State Mental Hospital after 15 months of setting in H.C.J. for yet another mental ~~eval~~ evaluation to determine if I was competant to stand trial. They once again determined that I was in fact incompetant, after 6 months I was taken back to H.C.J on 2/11/23.

5. On or about 6/10/2023 I was taken to Court for the Docter, Dr. Allen (the State Dr.) to let the Court Know that I was incompetant and would never be competant to stand Trial he also stated to the court that I posed NO threat to public only posed a threat to myself for being extremely gullible.

6. After Court on 6/10/23 I was told that I have to go to yet another Hospital it's been 8 months since I went to Court and I'm still incarcerated in H.C.J. (as of this being written) They say I'm waiting on a bed. My case was deposed on or about

December of 2022, and yet I'm still being denied my LIBERTY.

IV.    The facts of this suit are, plaintiff's constitutional and States rights have been violated. The 5th, 6th, 8th and 14th amendments have surely and truly been violated. I've been shown to be incompetant 2 different times (2 Hospitals) I was not competant when was ~~so~~ scared into signing probation paperwork, I didn't understand my rights According to the Texas Mental Retardation Oct. 46B 103(b) or by the Texas Health and Safety code. ANN. 571.001 - 578.008. None of the proper guidelines where followed. I should have been kept at hospital for no more than 3 years, and it's clear that I've infact spent 2,6 month time periods in hospitals, and 6 yrs. + incarcerated after being found incompetant. This experiance has been very tramatic not only for me but also my family, and yet I'm still being held captive in H.C.J, my liberty has been falsely taken from me, I've written to mayor, govenor, sheriff (family's called) have reached out to State and federal district courts by way of Habeas Corpus all to no avail. No amount of paperwork has helped me. Now I'm told that I'm ~~waiting~~ waiting on a bed for yet

5 of 5

another bed at another hospital, when will this travesty end?

V. Wherefore, plaintiff respectfully prays that this Honorable Court enter judgement granting plaintiff:

13. A declaration that the acts and omissions described herein violated plaintiffs rights under the Constitution and laws of the United State and or the Texas Constitution.

14. Compensatory damages in the amount of $750,000.00 against each defendent, jointly and severally.

15. Punitive damages in the amount of $250,000.00 against each defendent mentioned in this suit

16. A Jury trial on all issues triable by jury.

17. Plaintiffs costs in this suit

18. Any additional relief this honorable court deems just, proper, and equitable.

Respectfully submitted X. Joshua Westberry

Dated: 2-15-2024 Joshua Wesberry P.O. Drawer R Marshall TX. 75670

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, I beleive to be true and correct. Executed at Marshall, TX, on _____ Joshua Westberry X. Joshua Westberry

In the United States District Court for THE EASTERN DISTRIT of TEXAS.

Joshua Warren Westberry
Pro Se
V.

B.J. Fletcher - Sheriff Harrison County
Brad Morin - Judge 71st District
Amy Ware - Mayor - "Marshall, TX.
Gregg Abbot - Govenor - "Texas"

Summons
Civil Action NO. _____

To the ~~ABOVE~~ ABOVE-NAME Defendents:

You are hereby summoned and required to serve upon plaintiff, whose address is PO ~~Box~~ Drawer R Marshall, TX 75670 an answer to complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Goverment or officer/agent therefore is a defendent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of Court
Date: _____